United States District Court
Southern District of Texas
**ENTERED**
July 14, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JAVIER REYNA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-067 |
| | § | |
| ERIC GARZA, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the Court's Order (Doc. 36) and Memorandum Opinion (Doc. 37), Final Judgment is entered in favor of Defendant Eric Garza as to all of Plaintiff Javier Reyna's causes of action. Plaintiff Javier Reyna takes nothing in this lawsuit against Eric Garza in either his individual or official capacity.

Each party shall be responsible for its own fees and costs.

The Clerk of Court is directed to close this matter.

Signed on July 14, 2022.

_____
Fernando Rodriguez, Jr.
United States District Judge